UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>11 EXCHANGE STREET, LLC, d/b/a THE STEEL PUB, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 19-40136-TSH |

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Docket No. 18)

**DECEMBER 14, 2020**

**HILLMAN, D.J.,**

After review of Magistrate Judge Hennessy's Report and Recommendations (Docket No. 18), I ***adopt*** the Report and Recommendations. Accordingly, the Plaintiffs' Motion for Default Judgment as to all Defendants is ***granted*** but the Plaintiffs' order for injunctive relief is ***denied***. A default judgment in the amount $15,000 in statutory damages, $3,212 in attorney's fees, and $547.58 in costs, for a total of $18,759.58, is entered.[1]

**SO ORDERED.**

*/s/ TIMOTHY S. HILLMAN*
**TIMOTHY S. HILLMAN
DISTRICT JUDGE**

---

[1] The Report & Recommendations incorrectly calculated the total of the damages, fees, and costs as $18,759.80; the correct total award is $18,759.58.